UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE RAMALES<br><br>                                    Plaintiff,<br><br>   - against -<br><br>OUR BODY ELECTRIC, INC.<br><br>                                    Defendant. | Docket No. 1:19-cv-06692-RRM-SJB |

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S
REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FED.R.CIV. 55(a)**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Felipe Ramales ("Plaintiff").

2. I submit this Declaration in support of Plaintiff's request for the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Fed.R.Civ.P. 55(a).

3. Defendant Our Body Electric, Inc. ("Defendant") is not an infant, in the military or an incompetent person.

4. Defendant's answer or response to the Complaint was due on December 23, 2019. Defendant has failed to plead or otherwise defend the action.

5.  As per the Affidavit of Service, filed on April 30, 2020 [Docket #6], the pleading to which no response has been made was properly served.

Dated:   May 11, 2020
        Valley Stream, NY

**/s/richardliebowitz/**
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valleystream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*