UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE RAMALES,<br><br>                      Plaintiff,<br><br>   v.<br><br>OUR BODY ELECTRIC, INC.<br><br>                      Defendant. | No. 1:19-cv-6692-RRM-SJB<br><br>**STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED .R. CIV .P. 41(A)** |

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action has settled and should be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its or his own costs and attorneys' fees.

Dated:   New York, New York
         August 17, 2020

| | |
|---|---|
| LIEBOWITZ LAW FIRM PLLC | /s/Alexander Brown_____ |
| By:   /s/Richard Liebowitz<br>       Richard Liebowitz<br>11 Sunrise Plaza, Suite 301<br>Valley Stream, NY 11580<br>Tel: 516-233-1660<br>Fax: 516-706-7919<br>Email: rl@liebowitzlawfirm.com |      Alexander Brown<br>Concept Law<br>6400 North Andrews Avenue, Suite 500<br>Fort Lauderdale, FL 33309<br>754-300-1500<br>ABrown@ConceptLaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |